IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   16-cv-0334-WYD-MEH

CLEAR SKIES NEVADA, LLC,

      Plaintiff,

v.

JOHN DOE 2,
JOHN DOE 3,
JOHN DOE 4,
JOHN DOE 5,
JOHN DOE 6,
JOHN DOE 7,
JOHN DOE 8,
JOHN DOE 9,
JOHN DOE 10,

      Defendants.

---

## ORDER DISMISSING PARTY WITHOUT PREJUDICE

---

THIS MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal

Without Prejudice of Defendant John Doe 10 (ECF No. 13), filed on April 12, 2016.

After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i)

of the Federal Rules of Civil Procedure, Defendant John Doe 10 shall be **DISMISSED**

**WITHOUT PREJUDICE** from this action.  Accordingly, it is

      ORDERED that Defendant John Doe 10 is **DISMISSED WITHOUT PREJUDICE**

from this action.  It is

      FURTHER ORDERED that the Clerk of the Court shall amend the case caption

to reflect the dismissal of John Doe 10.

Dated: April 13, 2016.


BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge